IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WEB 2.0 TECHNOLOGIES LLC, and PENNAR SOFTWARE CORPORATION**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ACCELO, INC.,**<br><br>**Defendant.** | **Civil Action No. 1:23-cv-00001-MN**<br><br>**DEMAND FOR JURY TRIAL** |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Web 2.0 Technologies, LLC ("Web 2.0 Technologies" or "Plaintiff") and Pennar Software Corporation ("Pennar") (collectively "Plaintiffs") files this Complaint against Defendant Accelo, Inc. ("Defendant" or "Accelo"), seeking damages and other relief for patent infringement, and alleges with knowledge to its own acts, and on information and belief as to other matters, as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

**THE PARTIES**

2. Plaintiff Web 2.0 Technologies LLC ("Web 2.0 Technologies") is a Texas limited liability corporation with its principal place of business at 5900 Balcones Dr., Ste 100, Austin, TX 78731-4298.

3. Plaintiff Pennar Software Corporation ("Pennar") is a Texas limited liability company with its principal place of business at 7843 Enola Street, #109, Mclean, VA 22102.

4. Plaintiff Pennar is the owner by assignment of 100% interest in the Asserted Patents. Web 2.0 Technologies has the exclusive license to to bring suit, collect royalties and do all things necessary to enforce the Asserted Patents.

5. On information and belief, Defendant Accelo, Inc. ("Accelo") is a corporation organized and existing under the laws of Delaware, with its principal place of business at 999 18th St, Ste 1201N, Denver, CO 80202. Accelo is a Delaware corporation and may be served with process through its Colorado registered agent (Geoff McQueen, 999 18th St, Ste 1201N, Denver, CO 80202) or its Delaware registered agent (The Company Corporation, 251 Little Falls Drive, Wilmington, De 19808).

**JURISDICTION AND VENUE**

6. This action for patent infringement arises under the patent laws of the United States, Title 35 of the United States Code.

7. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8. Defendant Accelo is subject to this Court's general personal jurisdiction. Accelo is a Delaware corporation. *See Daimler AG v. Bauman*, 571 U.S. 117, 137, 134 S. Ct. 746, 760 (2014) ([T]he place of incorporation and principal place of business are 'paradig[m] . . . bases for general jurisdiction') (internal citations omitted).

9. Defendant Accelo is additionally subject to this Court's general and specific personal jurisdiction because Accelo has sufficient minimum contacts within the State of Delaware and this District, pursuant to due process and/or the Delaware Long Arm Statute, Del. Code. Ann. Tit. 3, § 3104. On information and belief, Defendant Accelo contracted with one or more Delaware residents in this District and one or both parties performed the contract at least in part in the State of Delaware and this District; Accelo committed the tort of patent infringement in the State of Delaware and this District; Accelo purposefully availed itself of the privileges of conducting business in the State of Delaware and in this District; Accelo regularly conducts and solicits business within the State of Delaware and within this District; Plaintiffs' causes of action arise directly from Accelo's business contacts and other activities in the State of Delaware and this District; and Accelo distributes, makes available, imports, sells and offers to sell products and services throughout the United States, including in this judicial District, and introduced

infringing products and services into the stream of commerce knowing that they would be used and sold in this judicial district and elsewhere in the United States.

10. On information and belief, Defendant Accelo designs, develops, sells, offers to sell, and/or imports products, devices, systems, and/or components of systems through certain accused instrumentalities that either infringed or supported the infringement of the patents asserted in this action.

11. On information and belief, Accelo sells and offers to sell products and services throughout the United States and in Delaware, including in this District, through the accused instrumentalities, through its website accessible in the United States, and in concert and partnership with third parties.

12. Furthermore, personal jurisdiction over Accelo in this action comports with due process. Accelo has conducted and regularly conducts business within the United States and this District. Accelo has purposefully availed itself of the privileges of conducting business in the United States, and more specifically in the State of Delaware and this District. Accelo has sought protection and benefit from the laws of the State of Delaware by making available products and services, including websites and associated web pages, that infringe the Asserted Patents with the awareness and/or intent that they will be used (or visited) by consumers in this District. Having purposefully availed itself of the privilege of conducting business within this District, Accelo should reasonably and fairly anticipate being brought into court here.

13. Venue is proper in this judicial district under 28 U.S.C. § 1391 and 28 U.S.C. § 1400(b). On information and belief, Accelo is a Delaware corporation. On information and belief, Accelo ‘s acts of infringement have taken place within this District..

14. Additionally, Accelo —directly or through intermediaries (including distributors, retailers, and others), subsidiaries, alter egos, and/or agents—ships, distributes, offers for sale, and/or sells its products and services in the United States and this District. Accelo has purposefully and voluntarily placed one or more of its products into the stream of commerce through the accused instrumentalities that infringed the patents asserted in this action with the

awareness and/or intent that they will be purchased by consumers in this District. Accelo purposefully delivered infringing products into, and within, this District. These infringing products have been purchased by consumers and businesses in this District.

## THE ASSERTED PATENTS

15. On March 13, 2007, the United States Patent and Trademark Office ("USPTO") duly and legally issued U.S. Patent No. 6.845,448 B1 ("the '448 Patent"), entitled "Online Repository for Personal Information." A copy of the '448 Patent is attached hereto as Exhibit 1.

16. Plaintiffs owns all substantial right, title, and interest in the '448 Patent, and holds the right to sue and recover damages for infringement thereof, including past infringement.

17. On February 14, 2012, the USPTO duly and legally issued U.S. Patent No. 8,117,644 ("the '644 Patent"), entitled "Method and System for Online Document Collaboration." A copy of the '644 Patent is attached hereto as Exhibit 2.

18. Plaintiffs owns all substantial right, title, and interest in the '644 Patent, and holds the right to sue and recover damages for infringement thereof, including past infringement.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 6,845,448

19. Plaintiffs incorporates and realleges the preceding paragraphs as if fully set forth herein.

20. The '448 Patent is directed to a method and system for gathering, storing personal information on a server computer and releasing such information to authorized requesters, as described and claimed in the '448 Patent.

21. Defendant directly infringe at least Claim 1 of the '448 Patent, in this judicial District and elsewhere in the United States, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by, among other things, by using in the United States and/or importing into the United States, without authority, applications to provide a method for automatically sharing portions of personal information with authorized invited members via products offered by Accelo on its website (hereinafter, the "'448 Accused Instrumentalities") as shown below, for example:

22. The Accelo platform establishes an account and registers “users” or “staff” for each deployment; “they are the company’s Accelo users, admins, professionals, and collaborators.” *See* https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/ (last visited, Nov. 18, 2022).

**Enter the user's details:**




*See, e.g.*, https://web.archive.org/web/20200930193913/https://www.accelo.com/resources/help/faq/user-permissions-and-settings/creating-users/ (last visited Sept. 30, 2020).

23. Accelo grants the initial “staff” or “user” the role of “Administrator” or “admin” by default. *Id.*

## Users, Groups & Access Control

- Creating Users
  When you first created your Accelo account, an Administrator user was created at the same time. This user is able to make any necessary changes to your Accelo account, including creating additional user accounts.

*See, e.g.*, https://web.archive.org/web/20200925010345/https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/ (last visited, Sept. 25, 2020).

24. On information and belief, the "Administrator" user contains the same fields as any other "staff object". *See, e.g.*, https://api.accelo.com/docs/#user (describing the "User Object" and stating it contains the same fields as the "staff object"); *see also*, https://api.accelo.com/docs/#staff (stating that "staff" include "users, admins, professionals, and collaborators").

## Staff

Staff (or users) are the users registered on the Accelo deployment. They are the company's Accelo users, admins, professionals, and collaborators

### The Staff Object

The staff object contains the following

| Field | Type | Description |
|---|---|---|
| **id** | string | A unique identifier for the staff member. |
| **firstname** | string | The staff member's first name. |
| **surname** | string | The staff member's surname. |
| standing | select | Either "active", "inactive", or "lockout", the standing of the staff member. |
| financial_level | select | Either "none", "time", or "all", the staff member's financial permission level. |
| title | string | A title for the member, for example "Mr", "Ms". |
| email | string | The staff member's email address. |
| mobile | string | The staff member's mobile number. |
| phone | string | The staff member's phone number. |
| fax | string | The staff member's fax number. |
| position | string | The staff member's position in the company. |
| username | string | The staff member's username on the deployment. |
| timezone | string | The staff member's timezone. |
| staff_rate | decimal | The staff member's billable rate. Not returned when requesting _ALL fields. |
| staff_cost_rate | decimal | The staff member's cost rate. Not returned when requesting _ALL fields. |

*See, e.g.*, https://api.accelo.com/docs/#staff (last visited on Dec. 6, 2022).

25. These fields include the Administrator's personal information, as well as an "id" field, which is "[a] unique identifier" Accelo assigns to each party, including to the Administrator.

**The Staff Object**

The staff object contains the following

| Field | Type | Description |
|---|---|---|
| id | string | A unique identifier for the staff member. |

*See, e.g.*, https://api.accelo.com/docs/#staff (last visited on Dec. 6, 2022); *see also supra* (showing the "Staff Object" contains each user's personal information).

26. In the '448 Accused Instrumentalities, the first party ("Administrator") applies at least one of a plurality of security levels ("Admin, Professional, or Contractor") to each user. The first party also selects what level of financial visibility the second party should have, which can be either "none at all, only hours logged, or full financial visibility." *See, e.g.*, https://www.accelo.com/resources/help/faq/user-permissions-and-settings/creating-users/ (last visited Nov. 18, 2022).

**Enter the user's access settings:**




- Choose what level of **Financial Visibility** the user should have. This can be either none at all, only hours logged, or full financial visibility.
- Add the user to any **Groups**. This will make it easier to assign them work, as you can search users by groups.
- Choose their **Access Level**: Admin, Professional, or Contractor.
- Chose their **Status**, either Active or Inactive.

*See, e.g.*, https://web.archive.org/web/20210120012747/https://www.accelo.com/resources/help/faq/user-permissions-and-settings/creating-users/ (last visited Sept. 30, 2020).

27. Additionally, in the '448 Accused Instrumentalities, the first party may assign one of several security levels ("Permissions") to individual objects, such as Contacts, Sales, Projects, Tickets, and Retainers, to enable access to individually selected portions of the first party's personal information.

## Individual Object Permissions

In addition to assigning permissions out to a particular user, there are object specific permissions that can be set for individual Companies, Contacts, Sales, Projects, Tickets, and Retainers. This is useful for giving a user access to view or edit just one particular object while disabling their general global permissions to view and edit all objects of that type.

*See, e.g.*, https://web.archive.org/web/20210124134352/https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/access-control/individual-object-permissions/ (last visited Aug. 05, 2020).




*See, e.g.*, https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/access-control/individual-object-permissions/ (last visited Nov. 18, 2022).

28. To enable the above functionality, the ’448 Accused Instrumentalities store in Accelo’s database the first party identifier, each document/file, and the assigned security level to each such document/file through functions such as “User Licenses,” “Financial Visibility,” “User Groups,” “Individual Users,” and “Individual Object permissions” as shown below:

## User Permissions

Accelo has highly customizable permissions allowing your staff to have as much or as little visibility and module access as desired. All of the permissions for a particular user are broken down into a few different areas of Accelo. Listed from higher to lower level permissions these are User Licenses, Financial Visibility, User Groups, Individual Users, and Individual Object permissions. This guide describes these different levels of permissions as well as how to set them up. Also included is a section on Contributor permissions.

*See, e.g.*, https://web.archive.org/web/20200930195554/https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/access-control/ (last visited Sept. 30, 2020).

29. In the ’448 Accused Instrumentalities, Individual Object permissions are object specific permissions that can be set for individual Companies, Contacts, Sales, Projects, Tickets, and Retainers. The Individual Object permissions can provide a user access to view or edit just one particular object while disabling their general global permissions to view and edit all objects of that type.

To edit the permissions for a particular object, open that object’s page and go to **Edit** > **Edit Permissions**. On the permission page that pops up, simply search for a user to add to the object permissions and then select the desired permissions from the checklist on the right.




*See, e.g.*, https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/access-control/individual-object-permissions/ (last visited Nov. 18, 2022). These permissions enable access to individually selected portions of the first party’s personal information.

30. The ’448 Accused Instrumentalities store in the database the first party identifier (*e.g.* “id”, “username”). *See, e.g.*, https://api.accelo.com/docs/#staff (last visited on Dec. 6, 2022). The ’448 Accused Instrumentalities also store in the database the information object (“user object”) and the security level assigned to the information object (“user_access”).

**The User Object**

The user object contains the same fields as the staff object, as well as the following:

| Field | Type | Description |
|---|---|---|
| user_titles | hash | A key-value object containing the user defined plural and singular for each object type. |
| user_access | hash | A key-value object containing manages, add, view, and admin permissions for the different types of objects. |
| locale | hash | A key-value object containing the user's timezone and currency symbol preferences. |

*See, e.g.*, https://web.archive.org/web/20201129050036/https://api.accelo.com/docs/#user (last visited on Nov. 30, 2020).

31. The ’448 Accused Instrumentalities receive a request to generate a report using the “Reports” module.

# Reports




You likely have a plethora of information available in your Accelo deployment. For example, you may have your Sales team moving new opportunities through your pipeline, progressing them from one status to the next until your team finally nabs the big wins they were seeking. Maybe you have project managers who are tracking their team members as they complete Projects and log time, or a support manager who's ensuring SLAs are met by staying on top of overdue tickets or initial response times.

Accessing all of that information can be a hassle, though. Exporting numerous lists and manually manipulating the data can be a challenge, especially for those individuals who simply don't have the time.

That's where Accelo's Reports Module comes into play. With the various reports available in the Reports Module, team managers can find all the necessary information they need in one place. In this module, the bevy of reports available are grouped into the categories below.

**A few quick notes:**

- The Reports module is only available to users with an Access Level of **Administrator** or **Professional**.
- The Reports Module is only available to deployments hosted in the US region at this time.
- Each report will have specific permissions required in order to view them (such as Financial Visibility or a specific product license). As you read through the reports available via the links above, please watch for the italicized notes that indicate these permissions.

*See e.g.*, https://www.accelo.com/resources/help/guides/user/reports-module/ (last visited Dec. 7, 2022).

# Reports




You likely have a plethora of information available in your Accelo deployment. With a ServOps license, for example, you may have your Sales team moving new opportunities through your pipeline, progressing them from one status to the next until your team finally nabs the big wins they were seeking. Maybe you have project managers who are tracking their team members as they complete Projects and log time, or a support manager who's ensuring SLAs are met by staying on top of overdue tickets or initial response times.

*See also e.g.*, https://web.archive.org/web/20201027092857/https://www.accelo.com/resources/help/guides/user/reports-module/ (last visited, Oct. 27, 2020).

32. The Reports module queries the "staff" or "user" objects, including the "staff" or "user" objects created by the first party. A second party may request a report using by passing the first party identifier to the Reports module, *e.g.*, by requesting a Time & Expense Report. *See e.g.,* https://www.accelo.com/resources/help/guides/user/reports-module/time-expenses/ (last visited Dec. 7, 2022).

Time Entry Value by Employee




Review all billable and non billable time entries, based on the person who logged the time and its billable and cost value. Billable value is calculated based on the amount of billable time logged and the billable rate.

*See e.g.*, https://www.accelo.com/resources/help/guides/user/reports-module/time-expenses/ (last visited Dec. 7, 2022).

33. Additionally, the '448 Accused Instrumentalities allows a second user to request User Notifications from the first party, which necessarily includes the first party identifier as shown below:

> Never miss out on a Request by setting up **User Notifications**. Add a specific User or **Group** to be notified every time a request comes into your queue, allowing your team to stay on top of client interactions in your shared inboxes.

*See e.g.*,
https://web.archive.org/web/20211026062833/https://www.accelo.com/resources/help/learn-the-basics/tickets-and-requests/request-basics/#step2 (last visited Oct. 05, 2020).

34. In response to the report request the '448 Accused Instrumentalities select part of the first party's personal information objects to transmit to the second party. For example, the Time & Expense Report selects a first portion of the first party's personal information objects including "id", "user_id", "first_name", "last_name", and "billable" or "nonbillable" time. *See e.g.*, https://www.accelo.com/resources/help/guides/user/reports-module/time-expenses/ (last visited Dec. 7, 2022).

Time Entry Value by Employee




Review all billable and non billable time entries, based on the person who logged the time and its billable and cost value. Billable value is calculated based on the amount of billable time logged and the billable rate.

*See e.g.*, https://www.accelo.com/resources/help/guides/user/reports-module/time-expenses/ (last visited Dec. 7, 2022).

35. To generate a report, the ’448 Accused Instrumentalities retrieve from the database the selected first portion of the first party’s personal information objects. For example, to generate the Time & Expense report the ’448 Accused Instrumentalities retrieve various information objects, including “id”, “user_id”, “first_name”, “last_name”, and “billable” or “nonbillable” time. *See supra.*

36. The ’448 Accused Instrumentalities then securely transmit this information to the second party.

## Data & Security

### Encryption in Transit

Every connection between you, our users, and Accelo is encrypted using Transport Layer Security (TLS - the successor to Secure Sockets Layer, or SSL). We use the TLS 1.2 protocol, 256-bit RSA key exchange, and a 128 bit AES encryption cipher. This also includes all traffic between our smartphone apps and Accelo servers and all of our APIs.

If you or your colleagues accidentally enter a URL without encryption, we automatically switch it over to SSL by force using a redirect before responding.

The effect of this is it makes it very difficult for someone sitting in the network to inspect your data - if you were to be sitting in a coffee shop on an open/unsecure WiFi network, your traffic to Accelo would be just a scrambled mess to someone "eavesdropping".

Additionally, all of the points at which Accelo synchronizes with other services - including Google Apps, Office365, Xero, Zapier, and others - are encrypted using TLS. The only channel that Accelo allows unencrypted traffic to connect to us is SMTP (email) - this is for historical, legacy, and compatibility reasons.

*See, e.g.*,

https://web.archive.org/web/20211021170809/https://www.accelo.com/company/security/ (last

visited July 21. 6, 2020)(annotated)(stating that every connection between users and Accelo is encrypted)..

37. The '448 Accused Instrumentalities obtain a second party identifier to determine whether the user requesting the report is authorized to perform the request. Only users with the appropriate access level—administrator or professional—have permission. *See e.g.,* https://www.accelo.com/resources/help/guides/user/reports-module/ (last visited Dec. 7, 2022).

**Permission Requirements**

- Access level: Administrator
- Licenses: (None)
- Financial Permissions: Financial Visibility

*See e.g.,* https://www.accelo.com/resources/help/guides/user/reports-module/time-expenses/ (last visited Dec. 7, 2022).

38. On information and belief, if the second party lacks authorization the '448 Accused Instrumentalities record the second party's identifier. The '448 Accused Instrumentalities then reject the request for information.

**invalid_permission**

Code: 403

**Description**

The user is authenticated but does not have permission to perform the action

*See e.g.,* https://api.accelo.com/docs/#unauthorized-client (last visited Dec. 7, 2022) (stating that the '448 Accused Instrumentalities will return a code "403" where the second party lacks authorization).

39. Attached hereto as Exhibit 3, and incorporated by reference herein, is a claim chart detailing how the ’448 Accused Instrumentalities satisfy each element of at least independent claim 1 of the ’448 patent, literally or under the doctrine of equivalents.

40. Discovery is expected to uncover the full extent of Defendant’s infringement of the ’448 Patent beyond the ’448 Accused Instrumentalities already identified through public information.

41. Defendant directly, jointly, and indirectly infringed the ’448 Patent and is thus liable for the past direct and joint infringement of the ’448 Patent pursuant to 35 U.S.C. § 271.

42. Plaintiffs have suffered damages as a result of Defendant’s infringement of the ’448 Patent.

43. Plaintiffs reserve the right to modify its infringement theories as discovery progresses in this case. Plaintiffs shall not be estopped for purposes of its infringement contentions or its claim constructions by the foregoing discussions on how the ’448 Accused Instrumentalities infringe the ’448 Patent. Plaintiffs intend only that the foregoing discussions satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure, and that they should not be construed as Plaintiffs’ preliminary or final infringement contentions or preliminary or final claim construction positions.

**COUNT II - INFRINGEMENT OF U.S. PATENT NO. 8,117,644**

44. Plaintiffs incorporates and realleges the preceding paragraphs as if fully set forth herein.

45. The ’644 Patent is directed to method and system for online document collaboration, as described and claimed in the ’644 Patent.

46. Defendant directly infringe at least Claim 1 of the ’644 Patent, in this judicial District and elsewhere in the United States, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by, among other things, using, in the United States and/or importing in or into the United States, without authority, applications that facilitate secure collaboration on editing, viewing and sharing documents online with multiple parties, including, without

limitation, collaboration products such as Accelo's platform—"[a] cloud-based client work management platform"—and its constituent modules, such as "Projects," "Sales," and "Tickets," and content offered for sale and use via https://www.accelo.com (including all sub-web pages) and maintained on servers located in and/or accessible from the United States under the control of Defendant (hereinafter, the "'644 Accused Instrumentalities"), as shown below:




*See e.g.*, https://web.archive.org/web/20211020233646/https://www.accelo.com/ (last visited Mar. 20, 2020).

47. The '644 Accused Instrumentalities allows for multiple users to establish an account on its website over the internet. For example, an Accelo user can establish an account on Accelo's server for each of a plurality of users—the initial user, as well as at least four other users.




*See, e.g.,* https://web.archive.org/web/20211021181207/https://www.accelo.com/pricing/ (last visited Sept. 21. 2020).

48. The first user—the Administrator—is able to make any necessary changes to the Accelo account, including creating additional user accounts.

Users, Groups & Access Control

- Creating Users
  When you first created your Accelo account, an Administrator user was created at the same time. This user is able to make any necessary changes to your Accelo account, including creating additional user accounts.

*See, e.g.,* https://web.archive.org/web/20200925010345/https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/ (last visited, Sept. 25, 2020).

49. The ’644 Accused Instrumentalities allows for the first user to create and store multiple documents, including Projects, Tasks, and Tickets on Accelo’s server.

## Add a Project

**Want to take your projects to the next level?**

**Learn about Accelo's Project Management Software**

Create a project for a Company or an individual contact in one click, cutting down on unnecessary administrative work, and saving you time by pulling in all details from the original sales quote.

*See, e.g.*, https://web.archive.org/web/20220128021316/https://www.accelo.com/resources/help/guides/user/modules/projects/adding-a-project/ / (last visited Oct. 20, 2020).

## Add a Task

**Task management slowing you down?**

**Learn about Accelo's Task Management Software**

Add Tasks related to a specific item to keep track of what work you need to do on any given Project, Issue/Ticket, Retainer or Sale/Opportunity. Tasks are essential to delegating work that needs to be done, as well as to give yourself a "to do" list to ensure that all work is completed in a timely manner.

*See, e.g.,* https://www.accelo.com/resources/help/guides/user/activities-and-tasks/tasks/add-a-new-task/ (last visited Nov. 18, 2022).

Add a Ticket from any page using the Create button, add a Ticket against a specific Client, or convert an email in the Request Inbox directly into a Ticket. Keep track of the work your team completes, run better reports for cost analysis, and easily send invoices to clients.

**Using this guide, you can:**

- Add a Ticket using the Create button
- Add a Ticket from a Company Page
- Convert an Activity into a Ticket
- Convert a Request into a Ticket
- Convert an Email in your Inbox into a Ticket

**Learn more about Accelo's Ticket Module**

*See, e.g.*, https://web.archive.org/web/20220128015215/https://www.accelo.com/resources/help/guides/user/modules/tickets/add-a-ticket/ (last visited, Dec. 28, 2020).

50. The '644 Accused Instrumentalities allows the first user of the Accelo Projects, Tasks, Activities, and/or Tickets modules to grant access to other users authorized ("first group of users" or "second user"). For example, a first user can restrict the use of the Accelo Projects, Tasks, Activities, and/or Tickets modules by first group of users so they may only view, comment, edit, or have no access to the modules. *See, e.g.*, https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/ ("Accelo has highly customizable permissions allowing your staff to have as much or as little visibility and module access as desired."). The identities of the all the members are stored and maintained on Accelo's server computer. *See id.*

## Users, Groups & Access Control

- Creating Users
  When you first created your Accelo account, an Administrator user was created at the same time. This user is able to make any necessary changes to your Accelo account, including creating additional user accounts.
- Adding Additional Users
- Deactivating Users
  It is a cold reality that no matter how well a business is run, there will be employees that can no longer fulfill their role. We understand this principle at Accelo, so we make it easy to transition any users out of your account with minimal interruption to your workflow and data.
- Modifying Users
- User Preferences
  Accelo offers many settings which can be used by each user to customize their experience. To find and change those settings, click your name in the top right corner of Accelo, and click Preferences. These settings are unique to each user, and can only be set by them. Those settings are:
- User License Types
- Groups
- User Permissions
  Accelo has highly customizable permissions allowing your staff to have as much or as little visibility and module access as desired. All of the permissions for a particular user are broken down into a few different areas of Accelo. Listed from higher to lower level permissions these are User Licenses, Financial Visibility, User Groups, Individual Users, and Individual Object permissions. This guide describes these different levels of permissions as well as how to set them up. Also included is a section on Contributor permissions.

*See, e.g.*, https://web.archive.org/web/20211026054357/https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/ (last visited, Sept. 26, 2020).

51. The ’644 Accused Instrumentalities allows a non-Administrator (second user) to request to modify the Accelo Projects, Tasks, Activities, and/or Tickets modules. For example, a non-Administrator (second user) may request to edit (“modify”) a Ticket by logging into the Accelo server using their identification information, and then clicking on the “Edit” button at the top of the Ticket View page.

## How do I log in to Accelo?

**Ready to sign in?**

Login into Accelo

To log in to Accelo, simply navigate to your Accelo account; that URL is formatted like https://sample.accelo.com where "sample" is the company name you provided when creating your account. If you're not sure of your account name, then use the **Don't know your deployment name?** link located at https://login.accelo.com

You'll then be prompted to log in to Accelo using your username and password, or via one of our many Single Sign On options. Single Sign On tools save you the hassle of remembering yet another username and password, and provide increase security by verifying your account through a third party.

*See, e.g.,* https://www.accelo.com/resources/help/faq/how-do-i-log-in-to-accelo/ (last visited, Nov. 18. 2022).

Edit your Ticket Details

Edit to a Ticket to ensure all details are accurate to ensure that the work is billed and logged correctly.

**To edit a ticket:**

1. Click on the **Edit button** at the top of the Ticket View page.




2. Click **Edit Ticket**.



*See, e.g.,* https://www.accelo.com/resources/help/guides/user/modules/tickets/edit-a-ticket/ (last visited, Nov. 18, 2022).

52. Similarly, a non-Administrator (second user) may request to edit ("modify") a Project by logging into the Accelo server using their identification information, and then navigating to either "List Pages" or "View Project Page" and selecting "Edit Project" from the drop-down menus. *See, e.g.*, https://www.accelo.com/resources/help/guides/user/modules/projects/edit-a-project/.

## Edit Your Project Settings

**Want to take your projects to the next level?**

**Learn about Accelo's Project Management Software**

Accidentally added a few incorrect details on a Project? Circling back to an older Project that may be outdated? Thankfully, like most everything else in Accelo, everything can be edited in great detail. There's nothing that we can't undo, redo, or just do more with when it comes to our Projects!

*See, e.g.*, https://web.archive.org/web/20220630190517/https://www.accelo.com/resources/help/guides/user/modules/projects/edit-a-project/ (last visited, Oct. 30, 2020).

**The List Pages**

1. Click on the **Module** button on the top left of the screen.
2. Click on Projects.
3. Find your Project in your List. You can search for it using the search function.
4. Click the drop-down on the right-hand side, and select "Edit Project".

**On the View Project Page**

1. Find your Project from the Global Search (or access it from the Lists page).
2. When Viewing your Project, Click on the Edit drop-down.
3. Select Edit Project.

*See, e.g.*, https://web.archive.org/web/20220630190517/https://www.accelo.com/resources/help/guides/user/modules/projects/edit-a-project/ (last visited, Oct. 30, 2020).

53. Similarly, a non-Administrator (second user) may request to edit ("modify") a Task by logging into the Accelo server using their identification information, navigating to the "Task Board" and clicking on the name of the Task they wish to modify. *See, e.g.*,

https://www.accelo.com/resources/help/guides/user/activities-and-tasks/tasks/edit-a-task/ (last visited, Nov. 18, 2022). The details the second user may modify on a Task include those shown in the screen shot (below).

1. **Status:** The Status of the Task, to show where it stands. From Pending to Accepted, Cancelled, or Completed and otherwise.
2. **Assignee:** The primary individual assigned to complete the Task. Generally this should be the individual in charge of logging most, if not all of the work on the task.
3. **Manager**: Pending personal settings, they can be notified of all activities on the Task, as well as edit details. This role is for those who would oversee, but not necessarily work on the Task.
4. **Creator**: While this particular portion is not something you can edit, it is good to keep track of who created these Tasks for auditing purposes.
5. **Dates**: While the Start and Due date can be set when you create the task, they can also be edited after the task is created and started.
6. **Booking**: You can see and add/edit the scheduled work currently booked to your users. When more than one person needs to work on a Task, we recommend using the booking feature.
7. **Budget/Time Estimated**: The estimated time it would take to complete the Task. Logged/Remaining work will show in the bars below.
8. **Tags**: Add Tags for superficial flagging for filtering on your Task Lists.
9. **Skills**: Add Skills required for the Task to be able to quickly map out skill-required Tasks to the appropriate users who have those Skills.
10. **Description**: Add more details or instructions about the Task as necessary.
11. **Add a Timer**: Have a timer running at any time while you are working on a task to log time accurately for billing.
12. **Log Time**: Have a modal to log time immediately pop up to make a quick time entry.
13. **Add an Activity**: Create an activity to log time and show work you have completed on a task.
14. **List and Export**: View a list of all the activities logged against this task, with an option to export it in a spreadsheet.
15. **Attachments**: View your attachments on the Task.

*See, e.g.*, https://web.archive.org/web/20220703092838/https://www.accelo.com/resources/help/guides/user/activities-and-tasks/tasks/edit-a-task/ (last visited, Sept. 03, 2020).

The ’644 Accused Instrumentalities verifies the identity of the second user by setting a username and password and sending an invitation email to the second user requesting the invited member to accept the invitation.

*See, e.g.*, https://web.archive.org/web/20220703092838/https://www.accelo.com/resources/help/guides/user/activities-and-tasks/tasks/edit-a-task/ (last visited, Sept. 03, 2020).

54.

**Adding Additional Users**




To add additional users, click on the **Settings** button, navigate to the **Users & Groups** section and select **Users** to access your List of Users. Use the **Add User** button found at the top of the Users List. When adding a new user, you'll be prompted for their Name, Email Address, and other necessary details:

*See, e.g.*, https://web.archive.org/web/20220630201510/https://www.accelo.com/resources/help/faq/user-permissions-and-settings/ (last visited, Aug. 30, 2020).

- **Invite User:** Use this checkbox to automatically email them an invitation to log in to their new account.
- **Email Sending:** Choose the email address which will be used as the From address when this person sends email from Accelo. Options range from their personal email address to a generic address such as support@yourdomain.com.
- **Username & Password:** Choose the username and password which will be assigned to this person. These can be edited by the user once they've logged in.

*See, e.g.*, https://web.archive.org/web/20220630201510/https://www.accelo.com/resources/help/faq/user-permissions-and-settings/ (last visited, Aug. 30, 2020).

55. The '644 Accused Instrumentalities has highly customizable permissions whereby the Administrator (first user) may grant access rights to the second user to permit the second user to modify the document.

- User Permissions
  Accelo has highly customizable permissions allowing your staff to have as much or as little visibility and module access as desire
  All of the permissions for a particular user are broken down into a few different areas of Accelo. Listed from higher to lower lev
  permissions these are User Licenses, Financial Visibility, User Groups, Individual Users, and Individual Object permissions. This g
  describes these different levels of permissions as well as how to set them up. Also included is a section on Contributor permiss

*See e.g.*, https://web.archive.org/web/20220520043005/https://www.accelo.com/resources/help/guides/settings-and-configuration-guide/users-groups-and-access-control/ (last visited, Oct. 20, 2022).

56. The ’644 Accused Instrumentalities permits receiving “approval or disapproval” for modifications. For example, both the Projects and Tickets modules incorporate the “Signoffs” feature, which permits clients (users of the Accelo Platform) to view the files, provide comments, and approve or disapprove of the documents. *See, e.g.*, https://www.accelo.com/resources/help/guides/user/modules/projects/signoffs/ (describing “Signoffs” feature). Once a file is approved, “changes to it are locked out” and no further modification is permitted. *See id.*

## Signoffs

The Signoffs feature allows you to send one or more files to your client for **review**. Upload and send any type of file to any combinatic of Contacts at the Company/Client for **approval**. Your Clients are then able to **view the files**, **comment** on them prior to approval, ar of course give their approval. Once a file has been approved, changes to it are locked out to **ensure integrity**.

Signoffs are available in the Projects and **Tickets** Modules.

*See, e.g.*, https://web.archive.org/web/20220816004644/https://www.accelo.com/resources/help/guides/user/modules/projects/signoffs/ (last visited, Aug. 16, 2020). The planning screen provides an Administrator (first user) the ability to approve or disapprove dates “including overwriting any user-defined dates.” *See, e.g.*, https://www.accelo.com/resources/blog/project-planning-improvements/.

57. Additionally, the Ticket module permits a manager (first user) to approve all work entered into the Ticket by the second user.

## Approve Work on your Ticket

Confirm that all work completed against a Ticket is **accurate** before approving it, in order to ensure that you **bill your clients accurately**.

The billing amount shown for each activity is **based on the current rate**. You can edit the budget options for the Ticket to change the rate, which will **update the billable amounts** for any activities with time on them.

You may automatically go to the Approve Work page if you progress the Ticket Status, such as from Open to Resolved. Learn more about **Status & Progressions**.

*See, e.g.,* https://web.archive.org/web/20221005075608/https://www.accelo.com/resources/help/guides/user/modules/tickets/approve-work/ (last visited, Oct. 05, 2020).

58. The ’644 Accused Instrumentalities, including the Project module, stores the identifying information of one or more users who approved or disapproved of modifications to the document. *See, e.g.*, https://www.accelo.com/resources/blog/project-planning-improvements/ (“Just click the Details tab on the main project screen to see who and when the last change was made.”)

### Now Tracking Who Last Modified The Project Plan

Because we've just given the planning screen the ability to re-schedule dates - including overwriting any user-defined dates - we thought it would be a good idea to start tracking who and when the plan was modified. Just click the Details tab on the main project screen to see who and when the last change was made.

*See, e.g.*, https://www.accelo.com/resources/blog/project-planning-improvements/ (last visited Nov. 18, 2022).

59. Attached hereto as Exhibit 4, and incorporated by reference herein, is a claim chart detailing how the ’644 Accused Instrumentalities satisfy each element of at least independent claim 1 of the ’644 patent, literally or under the doctrine of equivalents.

60. Discovery is expected to uncover the full extent of Defendant’s infringement of the ’644 Patent beyond the ’644 Accused Instrumentalities already identified through public information.

61. Defendant directly, jointly, and indirectly infringed the ’644 Patent and is thus liable for the past direct and joint infringement of the ’644 Patent pursuant to 35 U.S.C. § 271.

62. Plaintiffs have suffered damages as a result of Defendant’s infringement of the ’644 Patent.

63. Plaintiffs reserve the right to modify their infringement theories as discovery progresses in this case. Plaintiffs shall not be estopped for purposes of its infringement contentions or its claim constructions by the foregoing discussions on how the ’644 Accused

Instrumentalities infringe the '644 Patent. Plaintiffs intend only that the foregoing discussions satisfy the notice requirements of Rule 8(a)(2) of the Federal Rule of Civil Procedure, and that they should not be construed as Plaintiffs' preliminary or final infringement contentions or preliminary or final claim construction positions.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand judgment for themselves and against Defendant as follows:

a. A judgment that Defendant directly and jointly infringed one or more claims of each of the Asserted Patents;

b. A judgment awarding Plaintiffs all damages adequate to compensate for Defendant's infringement, and in no event less than a reasonable royalty for Defendant's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate allowed by law;

c. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Plaintiffs their reasonable attorneys' fees.

d. A judgment awarding Plaintiffs such other relief as the Court may deem just and equitable.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury of this action.

Dated: Nov. 6, 2023

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin
tdevlin@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiffs,*
*Web 2.0 Technologies, LLC and Pennar Software Corporation*